■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON BROWN, Appellant. [625 NYS2d 946] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated December 1, 1986 *(People v Brown,* 125 AD2d 320), affirming a judgment of the Supreme Court, Kings County, rendered October 7, 1982, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Thompson, Sullivan and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH CADE, Appellant. [625 NYS2d 946] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 26, 1990 *(People v Cade,* 167 AD2d 552), affirming a judgment of the Supreme Court, Queens County, rendered January 25, 1989.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Balletta, Rosenblatt and Miller, JJ., concur.